Aaron Edward **PETTIJOHN**,
Petitioner—Appellant,

v.

**BARTOS**, Warden; et al.,
Respondents—
Appellees.

No. 07–15267.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007.*

Filed Sept. 27, 2007.

Aaron Edward Pettijohn, Buckeye, AZ, pro se.

Katia Mehu, Esq., AGAZ–Office of the Arizona Attorney General, Phoenix, AZ, for Respondents–Appellees.

Before: CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Aaron Edward Pettijohn, an Arizona state prisoner, appeals pro se from the

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

846

dismissal as untimely of his 28 U.S.C. § 2254 habeas corpus petition claiming that his sentence was unconstitutional under *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). He contends that his habeas petition was timely under 28 U.S.C. § 2244(d)(1)(C) because he filed a state court post-conviction petition within one year of *Blakely.* As stated by the district court, this contention lacks merit because the Supreme Court has not held that *Blakely* is retroactively applicable to cases on collateral review. *See Tyler v. Cain,* 533 U.S. 656, 662, 121 S.Ct. 2478, 150 L.Ed.2d 632 (2001) (interpreting § 2244(b)(2)(A)); *Schardt v. Payne,* 414 F.3d 1025, 1038 (9th Cir.2005), *cert. dismissed* (U.S. June 29, 2006) (No. 05–9237).

**AFFIRMED.**

*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.